UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:25-cv-05085-PD                                    Date: September 10, 2025

Title      *Chanel Michelle Green v. Bon Appetit Management Co., et al.*

Present: The Honorable:     Patricia Donahue, U.S. Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**     **Order to Show Cause Re Service of Process on Defendants Bon Appetit Management Co. and Compass Group USA, Inc.**

    On June 4, 2025, Chanel Michelle Green ("Plaintiff") filed the Complaint.  Dkt. No. 1.  On June 6, 2025, the Court issued a Notice of Assignment to a U.S. Magistrate Judge and Declination of Consent (the "Notice of Assignment").  Dkt. No. 5.  The Notice of Assignment states that the initiating party must serve the Notice on each party at the time of service of the summons and complaint or other initial pleading.  *Id.*

    On July 16, 2025, in response to the parties' joint stipulation to submit the action to binding arbitration and stay proceedings, the Court issued an Order stating that it could not rule on the stipulation because no proofs of service of the Notice of Assignment had been filed.  *See* Dkt. No. 13.  Without the proofs of service, the Court cannot determine when the Notice of Assignment was served, and when the time to decline consent to the Magistrate Judge expired.  As a result, the Court ordered Plaintiff "to serve

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:25-cv-05085-PD                                                      Date: September 10, 2025

Title    *Chanel Michelle Green v. Bon Appetit Management Co., et al.*

the Notice on all named Defendants and thereafter to file proofs of service of the Notice as well as of the Summons and Complaint." Dkt. No. 13.

Since then, no proofs of service have been filed.

According to Central District of California Local Civil Rule ("Local Rule") 4-6, Plaintiff must "file a proof of service within 14 days of service of the summons and complaint or receipt of a notice and acknowledgement of service." Additionally, pursuant to Local Rule 73-2.1, Plaintiff must serve the Notice of Assignment on each defendant at the time of service of the Summons and Complaint.

Rule 4(m) of the Federal Rules of Civil Procedure provides that if service of the summons and complaint is not made upon a defendant within ninety days of filing the complaint, "the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). If the plaintiff, however, "shows good cause for the failure, the court must extend the time for service for an appropriate period." *Id.*

Therefore, Plaintiff is **ORDERED TO SHOW CAUSE in writing <u>by no later than October 1, 2025</u>**, why service was not timely made, and why this case should not be dismissed against Defendants Bon Appetit Management Co. and Compass Group USA, Inc. without prejudice for failure to effectuate service and for lack of prosecution. Failure to timely file a written response to this Order may result in dismissal of this action against Bon Appetit Management Co. and Compass Group USA, Inc. for failure to effect service of process within the time specified by Rule 4(m) of the Federal Rules of Civil Procedure, for failure to prosecute, and/or for failure to obey a

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:25-cv-05085-PD                                        Date: September 10, 2025

Title      _Chanel Michelle Green v. Bon Appetit Management Co., et al._

court order.  *See* Fed. R. Civ. P. 41(b).  Plaintiff may discharge this Order by filing the proofs of service.

    IT IS SO ORDERED.